6053410716

# APPENDIX

## I. The Republican Party is Engaging In Activities to Suppress Minority Votes Nationwide

### The Republican Party has Tried to Make 'Voter Fraud' an Issue in All 50 States.

As their so-called "Ballot Integrity Programs" have come under significant scrutiny, Republicans know that they have to create a problem in order to justify their use. This year, they've alleged voter fraud in every single state in the United States. "The Republican National Committee has been raising the question of possible fraud in every state." - *Associated Press*, October 16, 2002

### Republicans Push Secret 'Ballot Integrity Programs' in Every State

"(Republicans) are readying their own Election Day "ballot integrity" programs in every state. "But we won't talk about it on the record or off the record," said one official." - *Newhouse News Service*, October 3, 2002

### Officials Prove that RNC Voter Fraud Claims are False

"(The Connecticut Secretary of State) said the data provided by the Republican National Committee (alleging election fraud) was "highly flawed" since more than half of the people named never even voted in Connecticut in 2000. "It appears that the RNC has made allegations that were completely unfounded," she said. "And I hope this was not an attempt to distract voting officials or discourage voters from participating on Election Day." - *New Haven Register*, October 22, 2002

### In A State With A Tight Senate Race and Early Voting, Republicans Are Already Intimidating Minority Voters

"Early voters were met Monday at the Jefferson County Courthouse by poll watchers from the Republican Party of Arkansas who demanded identification and challenged voter ballots...Trey Ashcraft, chairman of the Jefferson County Election Commission, said it was obvious the Republicans' actions were targeting African-Americans. Officials in the clerk's office said several would-be voters became so frustrated and offended by the process that they left without casting a vote..."They're trying to intimidate and prevent voters from participating in the Democratic process,"

5

Ashcraft said.... "They (Republicans) know they can't win, so they're trying to steal this election. This is politics at its worst. They're breaking the law and it's disgusting...." At least twice, Ashcraft summoned a deputy from the Jefferson County Sheriff's Office to escort "watcher" Diane Jones out of the clerk's office for what he said was definite interference with the voting process." - *Pine Bluff (Ark.) Commercial*, October 22, 2002

## II. The Republican Party Has a History of Engaging in Activities to Discourage Minority Voters From Participating in Elections

### "Ballot Security Task Force" Puts Armed Guards at Polling Places in Black and Hispanic Polling Places

In September 1981, the Republican National Committee and New Jersey Republican Party, formed an organization they called the "National Ballot Security Task Force." On Election Day the "Ballot Security Task Force" posted signs warning that, "it is a crime to falsify a ballot or violate election laws" hired off-duty sheriffs and police officers, some armed, to "monitor" polling places. Those actions led to a lawsuit that resulted in a consent order that forbids the RNC from undertaking any ballot security activities in a polling place or election district where race or ethnic composition is a factor in the decision to conduct such activities, and where a purpose or significant effect is to deter qualified voters from voting. The conduct of activities disproportionately in precincts with substantial minority population is automatically considered evidence of such a factor and purpose. The order remains in effect today, with certain additions and changes. - *New York Times*, December 19, 1981; *UPI*, November 6, 1982; RNC Memorandum, October 25, 2002

### Republicans Threaten Minority Voters with Prison At Polling Places.

In Texas, Republicans placed signs at polling places with significant minority populations. The signs, "In large, red letters, the 24-foot signs warned against trying to influence voters or otherwise violate election law. "You Can Be Imprisoned. Don't Risk It. Obey The Law." - *Dallas Morning News*, July 4, 1998

### Using Misleading Mail, Republicans Engaged in Program to "keep the black vote down."

In 1986, the RNC hired a vendor to send anonymous direct mail to African-American voters in a number of states, to determine if they lived at the addresses where they

6

6053410716

were registered. Postcards were sent to several hundred thousand African-American voters in Louisiana. Before the 1986 primary in Louisiana, the RNC submitted challenge affidavits to more than 30,000 voters--virtually all African-American-- whose mail had been returned undelivered. Court proceedings revealed RNC documents stating that the purpose of the program was "to keep the black vote down considerably. The case was settled by expanding the 1982 order to forbid the RNC from assisting or participating in any ballot security program, other than normal poll watching activities, without getting prior court clearance from the New Jersey federal court. - *Chicago Tribune*, July 24, 1987

## Hiring Guards With Police Style Uniforms, 'Joked' About INS Like Vans to Intimidate Voters

In 1988 GOP officials in Orange County California hired security guards dressed in police-style uniforms to intimidate Hispanic voters on election day in a closely contested state assembly race. The California Republican Party admitted to hiring the guards, allegedly to watch for fraud at the ballot box. According to court documents, the Republican Party even "joked" about the possibility of having vans resembling INS vehicles stationed near polling places. - *Los Angeles Times* December 28, 1989

## Republicans Intentionally Misinform Minority Voters to Keep Them From the Polls

Days before the 1990 general election the North Carolina Republican Party mailed "Voter Registration Bulletins" to more than 80,000 persons registered to vote in predominantly African-American precincts and another 44,000 "Bulletins" exclusively to African-American voters. The "Bulletins" told minority voters (falsely) that, upon entering the polls, they would be asked to state their period of residence and that any voter who had not lived in the precinct for 30 days would not be allowed to vote (again false). Finally, the "Bulletin" warned: "It is a federal crime, punishable by up to five years in jail, to knowingly give false information about your name, residence, or period of residence to an election official."
- Associated Press, November 1, 1990; *Common Cause Magazine*, Spring, 1991.

## Pennsylvania Republican Party Stops Videotaping Minority Voters Only After Justice Department Says It's Illegal.

The Republican Party in Lancaster, PA videotaped minority voters trying to vote in 1994 and 1996. When pressed on the issue in 1998, the Justice Department issued a warning that videotaping voters violates the Voting Rights Act prohibition on "the

7

11/01/2004 16:59 FAX 6053410716  LAW OFFICE  Case 4:04-cv-04177-LLP Document 2-2 Filed 11/01/04 Page 4 of 5 PageID #: 28  ⌀030/031

6053410716

use of intimidation, threats or coercion to prevent people from voting. "The Justice Department issued a warning that videotaping voters at or near polling places violates the federal Voting Rights Act. In a news release, Deputy Assistant Attorney General Anita S. Hodgkiss said the federal law "outlaws the use of intimidation, threats or coercion to prevent people from voting." - *Associated Press*, November 3, 1998

### Texas Republicans Dispatch "Ballot Security Teams" to Black and Hispanic Precincts.

In March 1998, the Harris County (Texas) Republican Party announced plans for "the most comprehensive ballot security program in Harris County Republican Party history." In October 1998, the Party trained "ballot security" teams to focus on minority precincts in Houston, distributing a two-page outline listing "excuses" for voter fraud, including "It is a form of affirmative action," and "You don't understand my people." GOP County Chair Gary Polland defended the program as an effort "to prevent illegal voting." -- *Houston Chronicle*, October 31, 1998

### National Republican Party Develops National "Ballot Security" Initiative.

At the Republican National Committee meeting in the winter of 1998, offered a 17 page plan to place Republican operatives at key precincts on Election Day, and use Republican Officials in Congress to tighten federal laws on voter registration. The plan was discussed in a closed door meeting, and was only reported after a reporter obtained a copy of the Republicans' secret memorandum outlining the plan.
-- *Los Angeles Times*, January 18, 1998

### Justice Department Says Republicans Intentions To Videotape Minority Voters, Called 'Ballot Security Move' Actually Target Legal Minority Voters.

"A Justice Department official, speaking on grounds of anonymity..."All of these moves are called ballot security moves, moves by plain citizens to keep illegal voters from the polls," the official said, "but none targeted illegal voters. They all targeted minority voters and specifically threatened them with some dire consequence if there are problems with voter records." - *Associated Press*, November 2, 1998

### Republicans Intimidate Elderly African-American Voters Casting Mail-In Ballots.

In October 2000, Republicans targeted a recorded phone message to older African-American voters in southeast Fort Worth that tells them they may break the law if

8

they are assisted in filling out their mail-in ballot. According to Tarrant County Election Administrator Robert Parten, the law allows elderly voters to ask for assistance. The recording was made by Geoffrey Mitchell, a campaign worker for Republican Congressional candidate Brendan Wright. -- *Fort Worth Star-Telegram*, October 21, 2000

## Leaflets Distributed in Predominantly Black Fort Worth Neighborhoods Accused Precinct Workers of Stealing Votes.

In October 2000, the U.S. Justice Department launched an investigation of possible voter intimidation in some mostly black Fort Worth neighborhoods, after a complaint that Democratic precinct workers were threatened with leaflets inside newspapers and in mailboxes accusing them of stealing votes. According to Fort Worth Mayor Pro Tem Ralph McCloud, the leaflets were an attempt to keep black voters away from the polls. -- *Dallas Morning News*, September 7, 2000, October 18, 2000

## New Mexico Republicans Plan to Offer a Reward for Reporting Voter Fraud in Predominantly Latino Counties.

In October 2000, a top election official in New Mexico charged Republican Party activists with trying to intimidate voters, after a flier offering a $20,000 reward to those reporting voter fraud was leaked to her office. Republican leaders claimed that they had considered, but later decided against, offering the reward as part of an effort to fight voter fraud in Latino counties. Denise Lamb, the state's election chief, said the reward was "bounty" designed to intimidate voters. Lamb referred the matter to the U.S. Justice Department because it reminded her of efforts to intimidate Latino voters in previous elections in New Mexico and California. New Mexico Republican Party Chair John Dendahl said the flier was part of an anti-fraud effort for Election Day, which includes establishing a toll-free number for citizens to report "improprieties." -- *Los Angeles Times*, October 18, 2000